95-2446. In re Turner. *Stark County,* No. 1994CA00366. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of the motion of Genetia Turner to participate in oral argument and/or to file a brief on the merits,

IT IS ORDERED by the court that the motion of Genetia Turner to participate in oral argument and/or to file a brief on the merits be, and hereby is, denied, effective February 20, 1996.

96-385. Natl. City Bank v. Mustric. *Franklin County,* No. 95APE06-805. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, denied, effective February 20, 1996.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

95-2352. Dunfee v. Ohio Univ. *Athens County,* No. 95CA1656. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective February 20, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## DISCIPLINARY DOCKET

95-801. Columbus Bar Assn. v. Ewing. On motion to supplement record with affidavit of counsel for relator. Motion granted.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

95-1219. Columbus Bar Assn. v. Winkfield. On motion for leave to file a post-oral argument pleading. Motion granted.

WRIGHT, J., not participating.